**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | *  Case No. 2:25-cv-1217 |
| *Plaintiffs,* | *  Judge Algenon L Marbley |
| | Magistrate Chelsey M. Vascura |
| v. | * |
| | * |
| **USA CONCRETE SPECIALISTS, INC.,** | *  **ORDER** |
| *Defendant.* | * |
| | * |

This matter is before the Court upon Plaintiffs' Motion to Accelerate Discovery under Rules 26(d)(1) and 34(b)(2)(A) of the Federal Rules of Civil Procedure. (ECF No. 18.) Defendant has failed to appear or otherwise defend this action. (ECF No. 16.) Plaintiffs have asserted that, before they can move for default judgment, they need to serve requests for production of documents and obtain deposition testimony to obtain additional information—i.e., documents and testimony—in the sole custody of Defendant before they can move for default judgment for damages discovered during the audit.

For good cause shown, Plaintiffs' Motion to Accelerate Discovery (ECF No. 18) is **GRANTED**. It is **ORDERED** that (a) Defendant USA Concrete Specialists, Inc. shall respond to requests for production of documents served by Plaintiffs within thirty (30) days after service, (b) Defendant shall designate a knowledgeable representative under Rule 30(b)(6) to appear for a deposition under Rule 30(b)(3), with a stenographic court reporter, on Monday, July 27, 2026 at 1:00 p.m. at Laborers' Local 860, 3334 Prospect Ave, Cleveland,

OH 44115; and it is further ORDERED that Plaintiffs shall be responsible for service of this

Order, their requests for production of documents, and deposition notices upon Defendant.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE